# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1852

_____

VANCE GETTIS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

April 10, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vance Gettis, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.